```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


MARY V. CARPENTER,              )
     Plaintiff,                 )   Civil Action No. 12-21
                                )   (Bankruptcy No. 11-02252)
       v.                       )
                                )
US BANK NATIONAL ASSOCIATION,   )
ET AL.,                         )
     Defendants.                )
```

ORDER

AND NOW, this 10th day of January, 2012, the Court having received plaintiff's Motion to Withdraw Reference [document #1], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before January 31, 2012.

```
                         BY THE COURT:


                         S/Gary L. Lancaster    ,C.J.
                         Gary L. Lancaster,
                         Chief United States District Judge
```

cc:  all parties of record